**JUDGE LYNCH**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff Edelberto Prada-Garcia
                    Petitioner

-v-

U.S. Atorney General Alberto
Gonzales, et.al.
                    Respondents.
**Defendant**

Case No.

**07 CV 7445**

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Petitioner (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. None exist.



AUG 22 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**Date:** August 22, 2007

Signature of Attorney
Peter E. Torrres, Esq.
**Attorney Bar Code:** 2527

Form Rule7_1.pdf