UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EDELBERTO PRADA-GARCIA,

            Plaintiff,                       **ECF CASE**

      v.

                                          07 Civ. 7445 (GEL)
ALBERTO GONZALES, et al.

            Defendants.                  <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          September 6, 2007

                                                       Respectfully submitted,

                                                       MICHAEL J. GARCIA
                                                     United States Attorney for the
                                                     Southern District of New York

                                   By:    /s/_____
                                                     DANIEL P. FILOR
                                                     Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Telephone: (212) 637-2726
                                                     Facsimile: (212) 637-2717
                                                     Email: daniel.filor@usdoj.gov

TO:    Peter E. Torres, Esq.
         112 East 23rd Street, Suite 500
         New York, NY 100101