

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3d Floor*
*New York, New York  10007*

October 22, 2007



**By Hand**
Hon. Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street, Room 803
New York, New York 10007

      Re:    <u>Prada-Garcia v. Gonzales, et al.</u>, 07 Civ. 7445 (GEL)

Dear Judge Lynch:

      I write respectfully to request a two-week extension of the Government's time to answer or otherwise respond to the complaint in this lawsuit challenging the denial of petitioner's application for naturalization.  The Government's response is currently due on October 23, 2007, and the Government had anticipated filing a motion to dismiss at that time.  However, the parties have been negotiating, and may soon be able to arrive at, a mutually agreeable stipulation and proposed order dismissing this action.  If the parties are unable to arrive at a mutually agreeable stipulation within the next two weeks, the Government intends to respond to the complaint by a motion to dismiss pursuant to Rule 12(b)(1).

      Accordingly, the parties request this two-week extension in order to afford the parties additional time to finalize a stipulation setting the case.  If the request is granted, the Government's new deadline will be November 6, 2007.  The parties also respectfully request an adjournment of the Court's pretrial conference in this matter, which is currently scheduled for October 25, 2007, at 4 p.m.  This is the Government's first request for an extension of time in this matter.  Petitioner consents to this request for extension.

      I thank the Court for its consideration of this request.

                                                Respectfully,

                                                MICHAEL J. GARCIA
                                                United States Attorney

**SO ORDERED**
*/s/ Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
10/24/07

                                       By:   */s/ Daniel P. Filor*
                                               DANIEL P. FILOR
                                               Assistant United States Attorney
                                               Tel.: (212) 637-2726
                                               Fax: (212) 637-2717

cc:    Peter Torres, Esq. (by e-mail)
       *Counsel for Petitioner*